# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| JOSHUA COLBY COUNCIL,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SALT LAKE CITY POLICE DEPARTMENT, et al.,<br><br>　　　　　　　Defendants. | **ORDER ADOPTING [27] REPORT AND RECOMMENDATION**<br><br>Case No. 2:24-cv-00174-DBB-DBP<br><br>District Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

The Report and Recommendation[1] issued by Magistrate Judge Pead on January 22, 2025, recommends the court dismiss Plaintiff's claims against the Salt Lake County defendants for failure to state a claim.[2] The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72.[3] No party filed an objection. Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because Magistrate Judge Pead's analysis and conclusion are sound, the court ADOPTS the Report and Recommendation with the following modification: Plaintiff's claims against the Salt Lake County defendants are DISMISSED without prejudice.

　　　　Signed February 12, 2025.

　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　David Barlow
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] ECF No. 27, filed January 22, 2025.
[2] *Id.* at 8.
[3] *Id.*